AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| SEAN PATRICK PALMER | ) | 24-mj-1222-DLC |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __4/8/2024__ in the county of __Essex__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844(i) | Maliciously damaging or detroying a building by means of fire or explosive |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Osama Khudari.

☑ Continued on the attached sheet.

*/s/ Osama Khudari*
Complainant's signature

Osama Khudari, FBI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 04/15/2024

*/s/ Judge*
Judge's signature

City and state: Boston, MA
Chief U.S. Magistrict Judge Donald L. Cabell
Printed name and title