**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

**Place of Offense:**  **Category No.** II   **Investigating Agency** FBI

**City** Salem   **Related Case Information:**

**County** Essex

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  24-mj-1208-DLC
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Sean Patrick Palmer   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Perkins, OK

Birth date (Yr only): 1979   SSN (last4#): 0858   Sex: M   Race: W   Nationality: US

**Defense Counsel if known:** _____   Address: _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** Jason Casey   Bar Number if applicable _____

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 4/15/2024   Signature of AUSA: *Jason A. Casey*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Sean Patrick Palmer

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 844(i) | Damaging or destroying a building by means of fire or explosive | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____